ONPCNA01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

# PREMIERE CREDIT
### *of North America, LLC*
**Complaints or Compliments? Call Toll-free 855-403-1894**

June 16, 2015

**PLAINTIFF'S EXHIBIT A**

**(855) 587-8640 TOLL FREE**

☐ Please check if address has changed.
Note new address on reverse.

Account #:

3001      614623871

NA E BETZ
PO Box 15714
Washington DC 20003-0714

PREMIERE CREDIT OF NORTH AMERICA, LLC
PO BOX 19309
INDIANAPOLIS IN 46219-0309

PLEASE RETURN UPPER PORTION WITH PAYMENT   COMPLETE REVERSE SIDE IF YOU HAVE A NEW ADDRESS AND RETURN TO ADDRESS ABOVE



Name

Address

City                State                Zip
☐ Please check box if address has changed



PLACE STAMP HERE
The Post Office will not deliver mail without Postage

**THIS RETURN ENVELOPE THAT WAS NEVER SIGNED AND SENT BACK TO PREMEIRE CREDIT OF NORTH AMERICA,LLC.THIS IS ADDITIONAL ADMISSIBLE EVIDENCE OF THE DEFENDANT(S) WILLFULL OR KNOWNING NON-COMPLIANCE WITH THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) 47 U.S.C.227(b)(1)(A)(iii) UNAUTHORIZED CALLS TO PLAINTIFF NAEEM BETZ CELLUAR TELEPHONE PHONE.**

**PLAINTIFF'S EXHIBIT**

**A**

Please fill out if address has changed

Address: _____

City, State, Zip Code: _____

Please provide your cell phone number and email address below. Carefully read the paragraph following which explains you are providing expressed consent for Premiere Credit to contact you by cell phone and/or email  Please return to the correspondence address on the prior page.

Cell phone number  _____

Email address. _____

By entering my cell phone number above, I expressly consent to being contacted on this or a future cell number by an automatic telephone dialing system. By entering my email address above, I expressly consent to being contacted about my debt via email. I understand I may revoke this consent by contacting Premiere Credit directly at 877-636-9792. I will need access to an email account. Additionally, I understand I will need Adobe Acrobat Reader to open attachments that may be sent.

***SEE ATTACHED EXHIBITS / ADMISSIBLE EVIDENCE "OF CELLUAR TELEPHONE CALL LOGS AND CELLUAR TELEPHONE SCREENSHOTS OF PREMEIRE CREDIT OF NORTH AMERICA,LLC UNAUTHORIZED CALLS TO PLAINTIFF NAEEM BETZ CELL PHONE".***

***WILLFULL OR KNOWNING NON-COMPLIANCE WITH THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) 47 U.S.C.227(b)(1)(A)(iii)***

## ACCOUNT INFORMATION

| Account # | Curr Balance | Interest Rate | Creditor |
|---|---|---|---|
| ▉▉▉ | 1812.37 | 2.5300% | ▉▉▉▉▉▉▉▉▉ |
| ▉▉▉ | 3749.33 | 2.3300% | ▉▉▉▉▉▉▉▉▉▉▉ |

* Please see next page for important information *



**PLAINTIFF'S EXHIBIT**



BO

cricket

# (317) 322-3647

Premiere Credit, Indiana... – Found by Truecaller

answer                    ignore

text reply

# details


PLAINTIFF'S
EXHIBIT
tabbies
B-0

(617) 322-3647

Premiere Credit, Indiana... – Found by

6/17, 10:49a

cricket


PLAINTIFF'S
EXHIBIT
B-O

# history







(317) 322-3647





  



# details

Premiere Credit, Indiana... – Found by

4:28p



• • •

cricket

# history

PLAINTIFF'S
EXHIBIT
B-1
tabbies

(317) 322-3647 











  

  10:47



PLAINTIFF'S
EXHIBIT
B-2

cricket

# (317) 322-3647

Premiere Credit, Indiana... – Found by Truecaller

**answer**          **ignore**

**text reply**

PLAINTIFF'S
EXHIBIT
tabbies
B-2

# details

Premiere Credit, Indiana... – Found by

10:47a



PLAINTIFF'S
EXHIBIT
B-2

cricket

# history

(317) 322-3647 











  




PLAINTIFF'S
EXHIBIT
B-2


AVAILABLE


NOT
CONNECTED


CAMERA


HIGH

✕ CLEAR ALL            ⚙ ALL SETTINGS

 Truecaller

2:24p

2:24p

Premiere Credit just called          Thu

Premiere Credit just called          Wed

Tue



2:24p



PLAINTIFF'S
EXHIBIT
B-3

cricket

# (317) 322-3647

Premiere Credit, Indiana... – Found by Truecaller

slide up

cricket

# history

PLAINTIFF'S
EXHIBIT
B-3

(317) 322-3647 











  

 cricket 4G

PLAINTIFF'S EXHIBIT
**B-3**

 10:45
50% 7/6


HOME-8C3E


NOT CONNECTED


CAMERA


HIGH

 **CLEAR ALL**



true **Truecaller**

Premiere Credit just called            9:44a

7/3

7/3



9:22a

9:22a

PLAINTIFF'S
EXHIBIT
B-4

# details

Premiere Credit, Indiana... – Found by

8:20a



cricket

**PLAINTIFF'S EXHIBIT**
tabbies
B-4

# history

## (317) 322-3647













Outgoing Mobile Mon 12:49p





• • •



 PLAINTIFF'S EXHIBIT B-4




HOME-8C3E


NOT CONNECTED


CAMERA


HIGH

 CLEAR ALL

 ALL SETTINGS

 true  Truecaller

Premiere Credit just called                    8:20a

Premiere Credit just called                     Mon

✉

                                                8:18a

                                                7:48a

                                                3:27a

PLAINTIFF'S
EXHIBIT
tabbies
B-8



cricket

# details

8:38a



· · ·

cricket


PLAINTIFF'S
EXHIBIT
B-8

# history

(317) 322-3647 











  

 cricket 4G

PLAINTIFF'S EXHIBIT
B-8

92% 11:32 7/8

 HOME-8C3E

 NOT CONNECTED

 CAMERA

 HIGH

✕ CLEAR ALL     ⚙ ALL SETTINGS

 **true** Truecaller

Premiere Credit just called     8:38a

Premiere Credit just called     Tue

Premiere Credit just called     Mon

 Battery Doctor Pro

Caution     4:13a
Charging completed.

Caution     3:53a
Charging completed.



PLAINTIFF'S
EXHIBIT
B-9

cricket

# (317) 322-3647

Premiere Credit, Indiana... – Found by Truecaller

slide up


cricket


PLAINTIFF'S EXHIBIT
tabbies
B-9

# details

Premiere Credit, Indiana... – Found by

8:24a



• • •

cricket

PLAINTIFF'S
EXHIBIT

tabbies

B-9

# history

## (317) 322-3647













  

 cricket 4G 




HOME-8C3E


PLT_M155


CAMERA


HIGH

✕ CLEAR ALL       ALL SETTINGS

 **true** Truecaller

Premiere Credit just called     8:24a

Premiere Credit just called     Wed

Premiere Credit just called     Tue

Premiere Credit just called     Mon



7:06a

1:40a

PLAINTIFF'S
EXHIBIT
B-10
tabbies

10:10

# history

## (317) 322-3647















PLAINTIFF'S
EXHIBIT
B-10

# details

Premiere Credit, Indiana... – Found by

10:37a







**PLAINTIFF'S EXHIBIT**

**B-10**

10:40
92% 7/20


HOME-8C3E


NOT CONNECTED


CAMERA


LOW

 ✕ CLEAR ALL

 ⚙ ALL SETTINGS

 📞 Phone

(317) 322-3647                    10:37a

**true** Truecaller

Premiere Credit just called        10:37a

                                   7/17

 ✉

                                   10:07a

PLAINTIFF'S
EXHIBIT
B-11

cricket

# details

Premiere Credit, Indiana... – Found by

8:11a



# 10



PLAINTIFF'S
EXHIBIT
B-11



 **HOME-8C3E**

 **NOT CONNECTED**

 **CAMERA**

 **LOW**

 ✕ CLEAR ALL

 ⚙ ALL SETTINGS

📞 Phone

(317) 322-3647                                    8:11a

 Truecaller

Premiere Credit just called                       8:11a

Thu

Wed

Wed

Tue

PLAINTIFF'S
EXHIBIT
B-11

cricket

# history

(317) 322-3647 











  

**PLAINTIFF'S EXHIBIT**

tabbies

B-12

# details

Premiere Credit, Indiana... – Found by

8:15a



10 · Ringer · Notifications  

PLAINTIFF'S
EXHIBIT
B-12


HOME-8C3E


NOT
CONNECTED


CAMERA


LOW

✕ CLEAR ALL           ALL SETTINGS

 **Phone**

(317) 322-3647                          8:15a

**true** Truecaller

Premiere Credit just called          8:15a

Customer Care just called          7/24

 Google Mail 3

Upromise Shopping          7:56a

PLAINTIFF'S EXHIBIT
tabbies
B-12

cricket

# history

(317) 322-3647 











  

· · ·



PLAINTIFF'S
EXHIBIT
tabbies
B-13

8:10

cricket

# (317) 322-3647

slide up

PLAINTIFF'S
EXHIBIT

B-13

cricket

# details

8:10a



 

cricket

# history

(317) 322-3647 









  

 cricket 4G

PLAINTIFF'S EXHIBIT B-13

10:08  9:46  7/28


HOME-8C3E


NOT CONNECTED


CAMERA


LOW

✕ CLEAR ALL                    ⚙ ALL SETTINGS

 Truecaller

Premiere Credit just called                9:10a

Premiere Credit just called                9:10a

Premiere Credit just called                Mon



1:51a




PLAINTIFF'S EXHIBIT
B-13


HOME-8C3E


NOT CONNECTED


CAMERA


LOW

 CLEAR ALL

 ALL SETTINGS

**true** Truecaller

Premiere Credit just called                 9:10a

Premiere Credit just called                 9:10a

Premiere Credit just called                 Mon



9:09a

9:09a

9:09a



PLAINTIFF'S
EXHIBIT
B-14

🔋 8:25

cricket

cricket

# (317) 322-3647

Premiere Credit, Indiana... – Found by Truecaller

answer        ignore

text reply

end call+answer

 

HOME-8C3E


PLT_M155


CAMERA


LOW

 CLEAR ALL

 ALL SETTINGS

💬 # Messaging

8:20a

 Truecaller

Premiere Credit just called          8:25a

Premiere Credit just called          Tue

Premiere Credit just called          Tue

Premiere Credit just called          Mon



 cricket 4G

**PLAINTIFF'S EXHIBIT**
B-14

74% 8:52 7/29


HOME-8C3E


PLT_M155


CAMERA


LOW

✕ CLEAR ALL                    ⚙ ALL SETTINGS

 ## Messaging

8:20a

**true.** ## Truecaller

Premiere Credit just called          8:25a

Premiere Credit just called          Tue

Premiere Credit just called          Tue

Premiere Credit just called          Mon



# details

Premiere Credit, Indiana... – Found by

8:10a



PLAINTIFF'S
EXHIBIT
B-15



cricket

# details

Premiere Credit, Indiana... – Found by

Thu, 8:10a





PLAINTIFF'S
EXHIBIT
B-15

8:38

cricket

# history

(317) 322-3647 











  



 
PLAINTIFF'S
EXHIBIT
B-16


HOME-8C3E


NOT
CONNECTED


CAMERA


LOW

 CLEAR ALL

 ALL SETTINGS

true  Truecaller

Premiere Credit just called                8:10a

Premiere Credit just called                Wed

Premiere Credit just called                Tue

Premiere Credit just called                Tue



8:00a

6:03a

PLAINTIFF'S
EXHIBIT
B-16

# details

8:10a



cricket

PLAINTIFF'S
EXHIBIT
tabler
B-16

# history

(317) 322-3647 











  

• • •





PLAINTIFF'S
EXHIBIT
B-17


HOME-8C3E


PLT_M155


CAMERA


MEDIUM

 CLEAR ALL

 ALL SETTINGS

true  Truecaller

Premiere Credit just called                    8:10a

Premiere Credit just called                    8:10a

Premiere Credit just called                    Thu

Premiere Credit just called                    Wed


                                               6:43a

 



HOME-8C3E



NOT
CONNECTED



CAMERA



MEDIUM

✕ CLEAR ALL

 ALL SETTINGS

Premiere Credit just called                    Fri

Premiere Credit just called                    Fri

Premiere Credit just called                    Thu



Fri



Fri



Fri

Searching...  11:15

cricket

# (317) 322-3647

slide up

 

cricket

# details

11:15a



 cricket 4G

PLAINTIFF'S
EXHIBIT
B-18

 11:15
35% 8/3


HOME-8C3E


NOT
CONNECTED


CAMERA


HIGH

✕ CLEAR ALL

⚙ ALL SETTINGS

 Phone

(317) 322-3647                                11:15a



11:00a

10:30a

9:30a

8:27a

  8:14

**PLAINTIFF'S EXHIBIT**

**B-19**



cricket

# (317) 322-3647

Premiere Credit, Indiana... - Found by Truecaller

slide up

**PLAINTIFF'S
EXHIBIT
B-19**

9:10

# details

Premiere Credit, Indiana... – Found by

8:14a



PLAINTIFF'S
EXHIBIT
B-19

cricket

# history

(317) 322-3647 












   

 cricket 4G

 PLAINTIFF'S EXHIBIT B-19

 9:10
88° 8/4


HOME-8C3E


NOT CONNECTED


CAMERA


HIGH

 **CLEAR ALL**

 ALL SETTINGS

 **Phone**

(317) 322-3647                                    8:14a

true **Truecaller**

Premiere Credit just called          8:14a

Premiere Credit just called          Mon



8:13a

7:13a


cricket

# details

Premiere Credit, Indiana... – Found by

3:46p



· · ·

 4G  3:17

cricket 8:15 11/4

**PLAINTIFF'S
EXHIBIT
B-20**


**AVAILABLE**


**NOT
CONNECTED**


**CAMERA**


**HIGH**

 **CLEAR ALL**

 **ALL SETTINGS**

 Phone

(317) 322-3647                           3:46p

true  Truecaller

Premiere Credit just called              3:46p

                                          Tue

                                          Mon

                                          Mon


PLAINTIFF'S EXHIBIT
B-20

cricket

# history

## (317) 322-3647













  



PLAINTIFF'S
EXHIBIT
B-21

 9:51

cricket

# (317) 322-3647

Premiere Credit, Indiana... - Found by Truecaller

slide up

PLAINTIFF'S
EXHIBIT
B-24

# details

Premiere Credit, Indiana... – Found by

9:51a



 cricket 4G

PLAINTIFF'S EXHIBIT
tabbies
B-21

1:22
77% 11/5


HOME-8C3E


NOT
CONNECTED


CAMERA


HIGH

✕ CLEAR ALL

⚙ ALL SETTINGS

true  Truecaller

Premiere Credit just called                9:51a

Premiere Credit just called                Wed

Tue

Mon

3:24a

3:04a

 cricket 4G

PLAINTIFF'S
EXHIBIT
B-21

 10:02
87%    11/5


HOME-8C3E


NOT
CONNECTED


CAMERA


HIGH

✕ CLEAR ALL

⚙ ALL SETTINGS

 Phone

(317) 322-3647                          9:51a



9:53a

8:16a

7:05a

12:18a

PLAINTIFF'S
EXHIBIT
B-21
tabber

cricket

# history

## (317) 322-3647













  

.ıll 4G ⁎

02:34 KENYA S.

PLAINTIFF'S
EXHIBIT
B-22
tabbies

🔋▮ 5:58

cricket

cricket

# (317) 322-3647

Premiere Credit. Indiana... – Found by Truecaller

slide up

PLAINTIFF'S
EXHIBIT
tabbies
B-22

cricket

# details

Premiere Credit, Indiana... – Found by

Mon, 5:59p



• • •

cricket

PLAINTIFF'S
EXHIBIT
B-22

# voicemail

## (317) 322-3647





**PLAINTIFF'S EXHIBIT**
B-22

cricket

# history



(317) 322-3647











• • •

  





**PLAINTIFF'S EXHIBIT**
**B-22**

 7:11
52% 11/10


HOME-8C3E


NOT CONNECTED


CAMERA


HIGH

✕ CLEAR ALL

 ⚙ ALL SETTINGS

 **true** Truecaller

Premiere Credit just called      Mon

Mon

Mon

Mon

Mon

Mon

Sun

PLAINTIFF'S
EXHIBIT
B-23

# details

Premiere Credit, Indiana... – Found by

11:19a



**PLAINTIFF'S EXHIBIT**

B-23

cricket

# history

(317) 322-3647 











  

. . .

 cricket 4G

PLAINTIFF'S
EXHIBIT
B-23

11:24
86% 11/12


HOME-8C3E


NOT
CONNECTED


CAMERA


HIGH

✕ CLEAR ALL                    ⚙ ALL SETTINGS

 Phone

(317) 322-3647                    11:19a



                                 10:47a

true Truecaller

Premiere Credit just called      11:19a

                                 Wed




**PLAINTIFF'S EXHIBIT**
exhibitsticker.com
**B-23**


HOME-8C3E


PLT_M155


CAMERA


HIGH

 ✕ CLEAR ALL           ⚙ ALL SETTINGS

**true**  Truecaller

Premiere Credit just called                    11:19a

                                               Wed

                                               Wed

                                               Wed

                                               Wed

                                               Tue

Premiere Credit just called                    Mon

                                               Mon

 4G

PLAINTIFF'S
EXHIBIT
B-24

10:22

cricket

# (317) 322-3647

answer                    ignore

text reply

 4G 
cricket

PLAINTIFF'S
EXHIBIT
B-24




CONNECTING


PLT_M155


CAMERA


MEDIUM

 CLEAR ALL

 ALL SETTINGS

true    Truecaller

Premiere Credit just called                10:22a

Premiere Credit just called                  Thu

                                              Wed

                                              Wed

                                              Wed

                                              Wed

PLAINTIFF'S EXHIBIT
B-25

cricket

# details

Premiere Credit, Indiana... – Found by

7:50p





PLAINTIFF'S
EXHIBIT
B-25

cricket

# history

(317) 322-3647 











  

  

cricket 4G

PLAINTIFF'S EXHIBIT
B-25

9:05  42%  11:16


HOME-8C3E


PLT_M155


CAMERA


MEDIUM

✕ CLEAR ALL

⚙ ALL SETTINGS

 true **Truecaller**

Premiere Credit just called  7:50p



7:47p

6:14p

5:04p

3:41p

PLAINTIFF'S
EXHIBIT
B-26

cricket

# details

10:16a

9:56a



• • •

cricket

# history

(844)330-5066(2)  











PLAINTIFF'S
EXHIBIT
tabbies
B-27

  

• • •

PLAINTIFF'S
EXHIBIT
B-28

cricket

# history





PRIMIERE CREDIT NA LI 









• • •

  

cricket

PLAINTIFF'S EXHIBIT

B-28

# details

Mon, 5:58p



• • •

**PLAINTIFF'S
EXHIBIT
B-29**

Messaging

# PRIMIERE CREDIT NA LLC
Missed call Mon 7:55p

cricket

   

cricket 4G

PLAINTIFF'S
EXHIBIT
B-29

 8:05

15% 11/30



**HOME-8C3E**



**NOT
CONNECTED**



**CAMERA**



**LOW**

✕ **CLEAR ALL**

⚙ **ALL SETTINGS**

  Phone

## PRIMIERE CREDIT NA LLC

7:55p

5:10p

3:06p



5:08p

5:08p

PLAINTIFF'S
EXHIBIT
tabbies
B-29

cricket

# details

7:55p



• • •


PLAINTIFF'S
EXHIBIT
B-29

cricket

# history

PRIMIERE CREDIT NA LI 









· · ·

  



PLAINTIFF'S
EXHIBIT
B-30

9:54

cricket

# PRIMIERE CREDIT NA LLC

Mobile: (844) 330-5066

slide up

PLAINTIFF'S
EXHIBIT
B-30



cricket

# details

9:54a



...



PLAINTIFF'S
EXHIBIT
B-30

cricket

# history

## PRIMIERE CREDIT NA LI 







   

## CT Abdomen Pelvis wo IV Contrast BETZ, NAEEM OMAR - ███████████



* Final Report *

Result Type      CT Abdomen Pelvis wo IV Contrast
Result Date      09 June 2015 09 45 EDT
Result Status      Auth (Verified)
Result Title/Subject      CT Abdomen Pelvis WO Contrast
Encounter info:      ████████████ WashingtonHosp, Emergency, 06/09/2015 -
Contributor system      WHC_RADNET

## * Final Report *

### RADIMAGE
This document has an image

### CT Abdomen Pelvis WO Contrast
MEDSTAR WASHINGTON HOSPITAL CENTER
Department of Radiology
Ward/Clinic:WHCEMP
Patient Name:BETZ, NAEEM OMAR
MRN ███████ Patient Age: ███████
Admitting Provider:<Unknown>

 Computerized Tomography

| Accession Number | Exam Date/Time | Procedure | Ordering Doctor |
|---|---|---|---|
| ███████ | 6/9/15 9:45:00 AM | CT Abdomen Pelvis WO Contrast | Blythe M. , Kevin |

CPT4 Codes:
█████ (CT Abdomen & Pelvis wo contrast:Read), █████ (CT Abdomen & Pelvis wo contrast)

CDM Codes:
█████ █████

[illegible]
[illegible]

Read
EXAM:[CT abdomen pelvis without contrast]

INDICATION:  Flank pain, vomiting, history of left renal calculus.

TECHNIQUE:  [CT of the abdomen and pelvis was performed without intravenous contrast].  Coronal and sagittal reformats were obtained.

COMPARISON: 02/16/2015.

## CT Abdomen Pelvis wo IV Contrast BETZ, NAEEM OMAR - ████████████

\* Final Report \*



FINDINGS:

The visualized lung bases are clear. The heart is not enlarged.

Evaluation of solid organs is limited with lack of IV contrast.

The liver, gallbladder, pancreas, and adrenal glands demonstrate unremarkable noncontrast appearances. Small hypodensity arising from the medial superior of the splenic dome, unchanged. This is favored to represent a small cyst. There is a 4 mm nonobstructive calculus within the lower pole of the left kidney, similar in comparison to the prior study. Additional punctate 1 mm calculus also present. However, there is mild hydroureteronephrosis secondary to a 0.7 cm stone at the ureterovesicle junction (axial image 73). This may represent the previously seen left ureteral stone which has migrated distally. Bladder is partially distended.

The small and large bowel are normal in caliber without evidence of dilatation to suggest obstruction. Moderate amount of stool is present.

MEDSTAR WASHINGTON HOSPITAL CENTER
Department of Radiology
Ward/Clinic:WHCEMR
Patient Name:BETZ, NAEEM OMAR
MRN:█████████ Patient Age:████████
Admitting Provider:Unknown

The abdominal aorta is non aneurysmal in appearance. No free or loculated collections are demonstrated. No free intraperitoneal air is demonstrated. No significantly enlarged lymph nodes are noted.

Degenerative changes are noted within the spine.

IMPRESSION:

1. Approximately ___ mm stone at the left UVJ with mild left hydroureteronephrosis.
2. Additional nonobstructing left renal calculi.

Findings reported to the ER at 10:17 a.m. on 06/09/2015.

Dictated by: O'Neill, Erin      6/9/2015 10:10:41



**PLAINTIFF'S EXHIBIT C**

**Radiology Report**

*printed on*

6/15/2015 11:54:22 AM *by MEDSTAR/CBC7*

**Betz**

EMPI: ▮▮▮▮▮▮▮

| | | Betz, Naeem | | | |
|---|---|---|---|---|---|
| **MRN** | **Birth Date** | **Sex** | **PMD** | **Home Phone** | **Work Phone** |
| ▮▮▮ (WHC) | ▮▮▮ | Male | UNASSIGNED, UNASSIGNED | 202▮▮▮ | |

```
MEDSTAR WASHINGTON HOSPITAL CENTER
Department of Radiology
Ward/Clinic:WHCEMR
Patient Name:BETZ, NAEEM OMAR
▮▮▮▮▮▮▮▮  Patient Age:▮▮▮▮▮▮
Admitting Provider:<Unknown>

The abdominal aorta is non aneurysmal in appearance. No free or loculated
fluid collections are demonstrated. No free intraperitoneal air is
demonstrated. No significantly enlarged lymph nodes are noted.

Degenerative changes are noted within the spine.

IMPRESSION:

1. Approximately 7 mm stone at the left UVJ with mild left
hydroureteronephrosis.
2. Additional nonobstructive left renal calculi.

Findings reported to the ER at 10:17 a.m. on 06/09/2015.



Dictated by: O'Neill, Erin 6/9/2015 10:10:41

Transcribed by: EO/



Reading Location: ▮▮▮▮▮
Dictating Radiologist: O'Neill MD, Erin K 06/09/15 10:20
Electronically Signed by: O'Neill MD, Erin K 06/09/15 10:20
06/09/15 10:20
06/09/15 10:20
```




# Summary of Today's Visit

Betz , Naeem   DOB: █████
Account █████

Gender:Male

Race: █████
Ethnicity: █████
Preferred Language:English

06/11/2015 visit with Gennet Negussie, FNP

## Allergies
- N.K.D.A.

## Today's Diagnoses Include
- 592.0    Nephrolithiasis

## Medication List

**Other medications you are on**
- Taking Oxycodone-Acetaminophen : 5-325 MG 1 tablet as needed Orally every 6 hrs
- Taking Ondansetron HCl : 8 MG 1 tablet Orally Once a day
- Taking Flomax : 0.4 MG 1 capsule 30 minutes after the same meal each day Orally Once a day
- Not-Taking/PRN Cholecalciferol : 1000 UNIT 1 tablet Orally Once a day,30 day(s) ,30 ,Refills: 3

## Other Medical Conditions (Problem List)
- 592.0    Kidney stones

## Preventive Medicine
- Counseling/Goals:

Follow-Up Care:  -  If you are sick and need medical advice when the health center is closed, please call the Unity After-Hours line at 301-953-4574. If you have a medical emergency, please call 911 or go to the nearest emergency department., Unity now offers Convenient Care at our Minnesota Avenue and Upper Cardozo sites. Both sites are open until 10pm Monday through Friday. They are also open Saturdays and Sundays 8am until 2pm. You may reach our Phone Triage Nurse for advice at 202-715-7999 daily until 8pm., If you have a medical emergency (meaning a sudden onset of a medical condition that could pose threat to your life, limbs or eyesight), call 911 or go to the nearest emergency department., Your next appointment should be with Dr. McCartan after June 15. Call 202-469-4699 to cancel, schedule or reschedule your appointment as soon as possible..

## Smoking Status
- Never smoker

## Your Next Appointment(s)
- Wed, 17 Jun 2015 at 09:30 AM with Kate L McCartan, MD at Walker Jones Health Center 40 Patterson St NE Washington, DC 200023334 Phone: 202-354-1120 (Reason: Medical - Adult Est Patient)

Summary of Today's Visit for - Betz , Naeem   DOB: █████   Account No: █████
**Walker Jones Health Center   40 Patterson St NE  Washington, DC 200023334** █████
*Summary generated by eClinicalWorks (www.eclinicalworks com)*
*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*

Page 1 of 1

 # MedStar Washington Hospital Center

110 Irving Street, NW Washington, DC 20010



## Emergency Department
## Clinical Summary

*Please bring this discharge packet to your first follow up visit.*

## PERSON INFORMATION

**Name** BETZ, NAEEM OMAR **Age** ▮▮▮ **DOB** ▮▮▮

**Sex** Male **Race** ▮▮▮ **Ethnicity** ▮▮▮

Language English **Phone** (202)▮▮▮ **PCP** Unassigned Unassigned

**Marital Status** Single **MRN** ▮▮▮ **Acct#** ▮▮▮

**ED Arrival Date and Time** 10/03/2015 11 40 AM

**Acuity** 3

**LOS** 000 04 19

**Discharge Date and Time** 10/03/2015 15:59

**Discharge Disposition**

**Patient Address:**
P O BOX 15714 WASHINGTON DC 20003

**Patient Stated Complaint:** Left flank pain; KIDNEY PAIN

**Details of the patient encounter not listed in this Clinical Discharge Summary can be accessed from the patient record via the MedStar Clinician Portal or by contacting Medical Records at** ▮▮▮

# DIAGNOSIS
## Kidney stone on left side

### Procedures
No Procedures Documented



Name BETZ, NAEEM OMAR   Date of Birth ▮▮▮

 

# Summary of Today's Visit

**Betz , Naeem  DOB:**
**Account**
**Gender:Male**
**Race:**
**Ethnicity:**
**Preferred Language:English**
**10/09/2015 visit with Kate L McCartan, MD**

## Allergies
- N.K.D.A.

## Today's Diagnoses Include
- N20.0    Nephrolithiasis
- R79.89   Elevated LFTs

## Medication List
- Start Oxycodone HCl : 5 MG 1 tablet Orally every 6 hrs,7 days ,28 ,Refills: 0
- Refill Flomax : 0.4 MG 1 capsule 30 minutes after the same meal each day Orally Once a day,14 days ,14 ,Refills: 0
- Refill Ibuprofen : 600 MG 1 tablet Orally every 6 hours as needed,60 ,Refills: 0

**Other medications you are on**
- Taking Percocet : 5-325 MG 1 tablet as needed Orally every 6 hrs
- Discontinued Naproxen : 500 MG 1 tablet as needed Orally every 12 hrs
- Not-Taking/PRN Cholecalciferol : 1000 UNIT 1 tablet Orally Once a day,30 day(s) ,30 ,Refills: 3

## Referrals
- Gastroenterology (WHC), Gastroenterology (202-877-0333), Reason: 36 yo M with elevated LFTs (ALT 121, AST 42), remainder of lab workup normal, ultrasound being done, please evaluate
- Mitchell Edson, Urology (202-877-6032), Reason: 37 yo M with h/o nephrolithiasis, recently seen in ER for another kidney stone, please evaluate
- Radiology (WHC), Radiology (202-877-9729), Reason: 37 yo M with elevated LFTs, please do RUQ ultrasound

## Preventive Medicine
- Counseling/Goals:
Follow-Up Care:  -  If you are sick and need medical advice when the health center is closed, please call the Unity After-Hours line at 301-953-4574. If you have a medical emergency, please call 911 or go to the nearest emergency department., Unity now offers Convenient Care at our Minnesota Avenue and Upper Cardozo sites. Both sites are open until 10pm Monday through Friday. They are also open Saturdays and Sundays 8am until 2pm. You may reach our Phone Triage Nurse for advice at 202-715-7999 daily until 8pm., If you have a medical emergency (meaning a sudden onset of a medical condition that could pose threat to your life, limbs or eyesight), call 911 or go to the nearest emergency department., Your next appointment should be with Dr. McCartan on 10/16 or 10/19. Call 202-469-4699 to cancel, schedule or reschedule your appointment as soon as possible..

## Smoking Status
- Never smoker

Summary of Today's Visit for - Betz , Naeem  DOB
**Walker Jones Health Center   40 Patterson St NE  Washington, DC 200023334**
*Summary generated by eClinicalWorks (www.eclinicalworks.com)*

*This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash  If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.*





40 Patterson Street, NE, Washington, DC 20001 ███████████████████

www.unityhealthcare.org   **Walker Jones Health Center**

*"We Treat You Well"*

Date: 10/23/2015

To whom it may concern:

Naeem Betz, DOB: ███████ is followed by me at the Walker Jones Health Center. He has had a recent ER visit for a kidney stone and was referred back to you as you have followed him in the past. He has continued to need oxycodone to cover his pain. I would appreciate any recommendations you have concerning his expected course and need for continued narcotics. He will return to see me in 1-2 weeks. Please fax any reports you have to █████████

Please call if you have any questions.

Thank you,

Kate McCartan, MD